**Motion Granted and Order filed August 30, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-00556-CV
NO. 14-16-00578-CV
_____

## IN THE INTEREST OF A.L.H., A CHILD

---

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2014-00466J**

---

## ORDER

On July 15, 2016, M.M. filed a notice of appeal from the judgment signed June 28, 2016, and the appeal was assigned to this court under our appellate number 14-16-00556-CV. On July 21, 2016, L.M. filed a notice of appeal from the same judgment, which was assigned to this court under our appellate number 14-16-00578-CV. On August 24, 2016, L.M. filed a motion to consolidate the related appeals. The motion is **GRANTED** and we issue the following order:

We order the appeals pending under our appellate case numbers 14-16-00556-CV and 14-16-00578-CV **CONSOLIDATED**. The existing filing deadlines in case number 14-16-00556-CV will apply to both cases.

PER CURIAM